# United States Bankruptcy Court
## District of Nevada

Case No. **10–16328–mkn**
**Chapter 7**

In re: (Name of Debtor)
   G–LONDRAE J. DOWE                                   CALESHA E. JOHNSON
   2316 SHADY HILL AVENUE                      2316 SHADY HILL AVENUE
   LAS VEGAS, NV 89106                              LAS VEGAS, NV 89106

Social Security No.:
   xxx–xx–2991                                               xxx–xx–4566

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 8/16/10                                                BY THE COURT

                                                                     *Mary A. Schott*

                                                                      Mary A. Schott
                                                                      Clerk of the Bankruptcy Court